# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION |
| DOROTHY CHASE STEWART | NO. 08-3225 |
| | c/w 08-3669, 08-3852, 08-3853, 08-4805 |
| | [REF: 08-4805] |
| | SECTION "C" 4 |

## ORDER AND REASONS

Before the Court is Wells Fargo's appeal of the Bankruptcy Court's October 14, 2008 order. (Civ. No. 08-4805, Rec. Doc. 1). Appellant claims that the October order by the Bankruptcy Court impermissibly affects matters currently on appeal, including an April 10, 2008 Order on related matters. As such, appellant argues that the Bankruptcy Court lacked subject matter jurisdiction.

This Court has now issued an opinion denying Wells Fargo's appeal of the April 10, 2008 order. The Court's resolution of the appeal did not take into account the subsequent opinion issued by the Bankruptcy Court in October 2008.

Accordingly, Wells Fargo's appeal (Civ. No. 08-4805, Rec. Doc. 1) is RENDERED MOOT.

New Orleans, Louisiana this 7th day of August, 2009.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE